1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

RANCHO SANTA MONICA
DEVELOPMENTS, INC., et al.,

2:09-CV-224 JCM (RJJ)

8

9

Plaintiffs,

10

v.

11

APTHOST COMMUNICATIONS,
INC., et al.,

12

13

Defendants.

14

15

**ORDER**

16

Presently before the court is the case of *Rancho Santa Monica Developments, Inc. et al. v.*

17

*French et al.,* (2:09-cv-00224-JCM-RJJ).

18

On April 15, 2011, pursuant to Local Rule 41-1, the clerk of the court informed plaintiffs

19

that, if no action was taken in this case within thirty (30) days, the court would dismiss the case for

20

want of prosecution. (Doc. #72). To date, plaintiffs have not taken any further action.

21

Accordingly,

22

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the case of *Rancho Santa*

23

*Monica Developments, Inc. et al. v. French et al.,*(2:09-cv-00224-JCM-RJJ) be, and the same hereby

24

is, DISMISSED WITHOUT PREJUDICE.

25

DATED May 26, 2011.

26

27

28

UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge